# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

ALBERTA LOUISE PERRY, surviving spouse
and next kin of VINCENT MCKINNEY,
deceased,

    Plaintiff,

v.                                        No. 3:22-cv-00132-KAC-JEM
                                                                  JURY DEMAND

NUCOR INSULATED PANEL GROUP, INC,
d/b/a METL-SPAN,

    Defendants.
_____/

## PLAINTIFF'S MOTION TO CONSOLIDATE

Plaintiff, Alberta Louise Perry, surviving spouse and next kin of Vincent McKinney, deceased, by and through her undersigned counsel, hereby moves this Court for an Order Consolidating Case No. 3:21-cv-00414 with Case No. 3:22-cv-00132. As grounds, Plaintiff shows to the Court the following:

1. In Case No. 3:21-cv-00414, Defendant Jenkins & Stiles, LLC identified Metl-Span as a potential defendant in its Answer to Plaintiff's Amended Complaint (Case No. 3:21-cv-00414, D.E. 15).

2. Plaintiff filed a Second Amended Complaint in that case naming NCI Group, Inc., d/b/a Metl-Span ("NCI Group") as a defendant (Case No. 3:21-cv-00414, D.E. 29).

3. In a March 29, 2022 email from Counsel for Nucor Insulated Panel Group, Inc. ("Nucor"), attached hereto as Exhibit "A", Plaintiff's Counsel was informed Nucor purchased the Metl-Span business line and brand from NCI Group in 2021.

4. On April 13, 2022, Plaintiff filed a new action pursuant to Tenn. Code Ann. § 20-1-119 ("Savings Statute") against Nucor. The claims against Nucor involve allegations of wrongful death brought by Plaintiff and arise from the same occurrence as in Case No. 3:21-cv-00414.

5. Under Fed.R.Civ.P. 42, where actions before a court, "involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the action." Here, it is submitted it is in the interests of judicial economy and all parties will benefit from a single, consolidated case for scheduling, discovery and should relieve witnesses of the need to attend multiple depositions. Consolidation of the cases for discovery and pre-trial proceedings will decrease the burdens on the parties and witnesses, reduce expenses, and promote judicial economy.

Wherefore, Plaintiff respectfully requests the Court enter an order consolidating Case No. 3:22-cv-00132 with Case No. 3:21-cv-00414.

Respectfully submitted,

**THE LAW FIRM FOR TRUCK SAFETY, LLP**

*/s/Matthew E. Wright*
Matthew E. Wright, No. 022596
840 Crescent Centre Drive
Suite 310
Franklin, TN 37067
P: (615) 455-3588
F: (615) 468-4540
matt@truckaccidents.com

Steven K. Leibel
*Admitted pro hac vice*
Steven Leibel, P.C.
3619 S. Chestaee
Dahlonega, GA 30533
P: (404) 892-0700
F: (770) 844-0015
steven@leibel.com

*Attorneys for Plaintiff*
*ALBERTA LOUISE PERRY*
*next kin and surviving spouse of*
*Vincent McKinney, deceased*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's

ECF filing system to the following:


Caroline A. Shea
A. James Spung
Husch Blackwell, LLP
736 Georgia Avenue
Suite 300
Chattanooga, TN 37402

Sarah C. Hellmann
Husch Blackwell, LLP
190 Carondelet Plaza
Suite 600
St. Louis, MO 63105

*Attorneys for Defendant Nucor*
*Insulated Panel Group, Inc.*

On May 16, 2022.

                                                   */s/ Matthew E. Wright*
                                                   Matthew E. Wright